# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES WHITFORD,**

        **Plaintiff,**

**-vs-**                                    **Case No.  6:05-cv-520-Orl-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT (Doc. No. 2)**
>
> **FILED:** **April 7, 2005**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

James Whitford avers that he receives $1,230.00 a month from a pension arising from his employment with Bell South.  In addition, Whitford avers that his home is paid off and that he owns two vehicles, both of which are paid off.  Whitford further avers that he is employed part-time on a seasonal basis.  Thus, I find that Whitford has failed to establish that "because of his poverty, [he] is unable to pay for the court fees and costs, and to support and provide necessities for himself and his dependants."  *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004).

It is, therefore, respectfully recommend that Whitford's motion for leave to proceed *in forma pauperis* be denied and that, if the required filing fee is not paid within eleven (11) days from the date of any order adopting this Report and Recommendation, the case be dismissed.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 12, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy