UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES WHITFORD,**

Plaintiff,

-vs-  Case No. 6:05-cv-520-Orl-18KRS

**COMMISSIONER OF SOCIAL SECURITY,**

Defendant.

---

## ORDER

This case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Doc. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **ADOPTED**.

It is **SO ORDERED** in Orlando, Florida, this _2_ day of May, 2005.

G. KENDALL SHARP
Senior United States District Judge

Copies to:
Pro Se Plaintiff
Counsel of Record
United States Magistrate Judge